IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30057-SMY |
| | ) | |
| KENNETH T. MASON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On March 13, 2024, this Court entered forfeiture order (Doc.40) against the defendant Kenneth T. Mason, for the following property which had been seized from the defendant:

**One .380 Cobra Firearm with SN CP028455; and,**

**Any and all ammunition contained therein or seized therewith.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 31, 2025 and ending April 29, 2025. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds that no third-party petitions were filed and that the United States of America has clear title to the above-described property subject of the Forfeiture Order filed on March 13, 2024 (Doc. 40). The United States Marshal or custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   June 18, 2025**

**STACI M. YANDLE**
**United States District Judge**